# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

# SETTLEMENT CONFERENCE

| | |
|---|---|
| Kristin Scheel, | **COURT MINUTES** |
| | BEFORE: Steven E. Rau |
| Plaintiff, | U.S. Magistrate Judge |
| | |
| v. | Case No.: 17cv661 (RHKSER) |
| | Dated: September 26, 2017 |
| | Courtroom: 3A |
| Diversified Credit, Inc., | Time Commenced: 9:00 a.m. |
| | Time Concluded: 11:10 a.m. |
| | Time in Court: 2 hours 10 minutes |
| Defendant. | |

**APPEARANCES:**

    For Plaintiffs:  Thomas J. Lyons, Jr.
    For Defendant: Thomas H. Schaefer, Bryan C. Shartle

## PROCEEDINGS:

Settlement Conference held. Settlement reached.  Terms stated on the record.

    Any transcript of the terms of settlement is Confidential and shall be **SEALED**, with access being allowed only to the parties and their counsel.

The parties should bring any dispute about minor terms of the settlement to the Court for resolution.

*s/ Melissa M. Erstad*
*Signature of Courtroom Deputy*
