**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Kristin Scheel, | Civil No. 17-661 (RHK/SER) |
| Plaintiff, | **ORDER** |
| v. | |
| Diversified Credit, Inc., d/b/a Diversified Consultants, Inc., | |
| Defendant. | |

The Court has been advised that this action has been settled.  Accordingly, **IT IS HEREBY ORDERED that** this case is **DISMISSED with prejudice**, with the Court retaining jurisdiction for 60 days to permit any party to move to reopen for good cause shown or to seek enforcement of the settlement terms.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  September 28, 2017

                                               s/Paul A. Magnuson
                                               Paul A. Magnuson
                                               United States District Court Judge